UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CODY SMITH and HOLLY SMITH, individually and for and on behalf of P.S., who is a minor,<br><br>          Plaintiffs,<br><br>v.<br><br>JESS MCMURRAY, an individual; and SODA SPRINGS JOINT SCHOOL DISTRICT NO. 150, a public entity,<br><br>          Defendants. | Case No.  4:25-cv-00052-DCN<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

JUDGMENT IS ENTERED AS FOLLOWS:

The above-entitled cause is DISMISSED with prejudice and without costs or fees to any party.

DATED: February 27, 2026

_____
David C. Nye
U.S. District Court Judge

JUDGMENT OF DISMISSAL WITH PREJUDICE - 1